1  KAREN P. HEWITT
   United States Attorney
2  GEORGE V. MANAHAN
   Assistant U.S. Attorney
3  California State Bar No. 239130
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: 619 557-5610 (Office); 557-5551 (Fax)
   Email: george.manahan@usdoj.gov

   Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08-MJ-1616-AJB |
|---|---|
| Plaintiff, | ) |
| v. | ) **UNITED STATES' MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** |
| GABINO OCEGUEDA-MOJARRO, a/k/a JOEL GOMEZ-DUARTES | ) |
| Defendant. | ) |

   COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and George V. Manahan, Assistant United States Attorney, respectfully requesting, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court dismiss without prejudice the Complaint in the above-entitled case, as to Defendant Gabino Ocegueda-Mojarro. This motion is made in the interest of justice.

   DATED: May 29, 2008                    Respectfully submitted,

                                          Karen P. Hewitt
                                          United States Attorney

                                          s/ *George V. Manahan*
                                          GEORGE V. MANAHAN
                                          Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GABINO OCEGUEDA-MOJARRO,<br>a/k/a JOEL GOMEZ-DUARTES,<br><br>  Defendant. | Criminal Case No. 08-MJ-1616-AJB<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, George Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of UNITED STATES' MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Federal Defenders
    Federal Defenders of San Diego
    225 Broadway
    Suite 900
    San Diego, CA 92101-5008
    Email: cassd_ecf@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2008.

                                                     s/ *George V. Manahan*
                                                   GEORGE V. MANAHAN