# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

**APPEARANCE**

Case Number: 08mj1616

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GABINO OCEGUEDA-MOJARRO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/29/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD     228083 |
| | Print Name                                       Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City            State            Zip Code |
| | (619) 234-8467          (619) 687-2666 |
| | Phone Number            Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　 )<br>　　　　Plaintiff,　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>GABINO OCEGUEDA-MOJARRO,　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　Defendant.　　　　　　　 )<br>_____) | Case No. 08mj1616 |

　　　　Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

　　　　United States Attorney's Office
　　　　880 Front Street
　　　　San Diego, CA  92101


Dated:  May 29, 2008　　　　　　　　　　　　　　　/s/ John C. Ellis, Jr.
　　　　　　　　　　　　　　　　　　　　　　　JOHN C. ELLIS, JR.
　　　　　　　　　　　　　　　　　　　　　　　Federal Defenders
　　　　　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101-5030
　　　　　　　　　　　　　　　　　　　　　　　(619) 234-8467  (tel)
　　　　　　　　　　　　　　　　　　　　　　　(619) 687-2666  (fax)
　　　　　　　　　　　　　　　　　　　　　　　john_ellis@fd.org