1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,              )        Criminal Case No. 08-MJ-1616-AJB
11                                         )
                    Plaintiff,             )
12          v.                             )
                                           )        ORDER TO DISMISS COMPLAINT
13   GABINO OCEGUEDA-MOJARRO,              )        WITHOUT PREJUDICE
     a/k/a JOEL GOMEZ-DUARTES              )
14                                         )
                                           )
15                  Defendant.             )
                                           )
16

17          Upon motion of the UNITED STATES OF AMERICA and good cause appearing therefore,

18          **IT IS HEREBY ORDERED** that the Complaint in the above-captioned case is dismissed, as

19   to Defendant Gabino Ocegueda-Mojarro, without prejudice.

20          **IT IF FURTHER ORDERED** that Defendant Gabino Ocegueda-Mojarro be released as soon

21   as possible.

22          **IT IS SO ORDERED.**

23

24
     DATED:  May 30, 2008
25
                                           _____
26                                         Hon. Anthony J. Battaglia
                                           U.S. Magistrate Judge
27                                         United States District Court

28