# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA      )   CASE NUMBER  08MJ1616-AJB
                              )
           vs                 )   ABSTRACT OF ORDER
                              )
                              )   Booking No. #08605298
*Gabino Ocegueda-Mojarro*     )
                              )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 5/29/08 _____
the Court entered the following order:

____✓____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

           _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

____✓____ Case Dismissed. *(Oral Mot of Gov't)*

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

                                        ANTHONY J. BATTAGLIA
                                        UNITED STATES MAGISTRATE JUDGE

                                                  OR
Received _____                      W. SAMUEL HAMRICK, JR.  Clerk
           DUSM                         by
                                          _____ Deputy Clerk  (V. Madueño)

Crim-9  (Rev 6-95)                                        ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY